UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TARA E. HENRY SCULLY

               Plaintiff,

-against-

DR. HOFFMAN, ET AL.,

               Defendants.

24-CV-7745 (LTS)

ORDER DIRECTING PAYMENT OF FEE OR AMENDED IFP APPLICATION

LAURA TAYLOR SWAIN, Chief United States District Judge:

Plaintiff brings this action *pro se*. To proceed with a civil action in this Court, a plaintiff must either pay $405.00 in fees – a $350.00 filing fee plus a $55.00 administrative fee – or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

Plaintiff submitted the complaint without the filing fees or a proper IFP application. Within thirty days of the date of this order, Plaintiff must either pay the $405.00 in fees or fully complete and submit the attached amended IFP application. If Plaintiff submits the amended IFP application, it should be labeled with docket number 24-CV-7745 (LTS).

No summons shall issue at this time. If Plaintiff fails to comply with this order within the time allowed, the action will be dismissed without prejudice. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (appellant demonstrates good faith when seeking review of a nonfrivolous issue).

Dated:   December 3, 2024
           New York, New York

                                         /s/ Laura Taylor Swain
                                         LAURA TAYLOR SWAIN
                                         Chief United States District Judge