UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TARA E. HENRY SCULLY,<br><br>       Plaintiff,<br><br>  -against-<br><br>DR. HOFFMAN, ET AL.,<br><br>       Defendants. | 24 CIVIL 7745 (LTS)<br><br>CIVIL JUDGMENT |

  For the reasons stated in the January 16, 2025, order, this action is dismissed.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated: January 21, 2025
     New York, New York

                 /s/ Laura Taylor Swain
                 LAURA TAYLOR SWAIN
               Chief United States District Judge